JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA BONNER, an individual, and KEVIN BONNER, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; a Delaware Corporation, and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO.: 20-cv-04678-AB-PVC<br><br>(Transferred from Southern District – Case No. 20-cv-00587-AJB-MSB)<br><br>(Removed from San Diego County Superior Court - Case No. 37-2020-00010154-CU-BC-CTL)<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  February 24, 2020 |

    Plaintiffs SAMANTHA BONNER and KEVIN BONNER and defendant FORD MOTOR COMPANY, by and through their respective attorneys of record, stipulate that the entire action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  The parties further stipulate that each side shall be responsible for and bear its own costs, expenses and attorney's fees.

    THEREFORE, **IT IS ORDERED** that the entire action is dismissed with prejudice.

Dated: August 07, 2020        By: _____
                                                     HON. ANDRE BIROTTE, JR.
                                                     UNITED STATES DISTRICT JUDGE